Richard P. Sybert, Bar No. 80731
rsybert@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Tel (619) 230-7768 / Fax (619) 696-7124

Reid E. Dammann, Bar No. 249031
rdammann@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Tel (213) 576-5000 / Fax 213-680-4470

Attorneys for Plaintiff
LANARD TOYS LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lanard Toys Limited<br><br>Plaintiff,<br><br>vs.<br><br>Five Below, Inc.<br><br>Defendant. | CASE NO. 2-18-cv-05845<br><br>**COMPLAINT FOR**<br><br>**1) FALSE DESIGNATION OF ORIGIN [15 U.S.C. §1125(A)];**<br><br>**2) TRADEMARK INFRINGEMENT [15 U.S.C. §1114];**<br><br>**3) DESIGN PATENT INFRINGEMENT [35 U.S.C §271];**<br><br>**4) CALIFORNIA UNFAIR COMPETION; [Cal. B.&P. Code §17200 *et seq*.];**<br><br>**5) COPYRIGHT INFRINGEMENT [17 U.S.C. §101 *ET SEQ*];**<br><br>**JURY TRIAL DEMANDED** |

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. Plaintiff Lanard Toys Limited ("Lanard") hereby alleges the following as its Complaint against Defendant Five Below, Inc. ("Five Below") or "Defendant").

## NATURE OF THE ACTION

2. This is an action for false designation of origin, trademark infringement, design patent infringement, unfair competition, and copyright infringement arising from Defendant's unauthorized making, using, offering to sell, and/or selling a chalk toy design that infringes Lanard's intellectual property. Defendant's infringement has irreparably harmed the goodwill and reputation of Lanard and caused Lanard irreparable damage and monetary harm, for which Lanard requests relief in this Court.

## THE PARTIES

3. Plaintiff Lanard Toys Limited is a Hong Kong company with its principal place of business at Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon, Hong Kong. Lanard manufactures and sells toys throughout the world, including to companies in the United States.

4. Upon information and belief, Defendant Five Below is a Philadelphia company with its principle place of business at 1818 Market Street, Suite 2000, Philadelphia, PA 19103. Upon information and belief, Five Below is a chain of discount stores that sells various products.

## JURISDICTION AND VENUE

5. This is an action for design patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, 271 and 289 *et seq*., the Lanham Act, 15 U.S.C. §§ 1051 *et seq*., United States Copyright Act, 17 U.S.C. §§ 101 *et seq*., and includes related claims for unfair competition arising under state law.

6. This Court has original jurisdiction over this dispute pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1331, and 28 U.S.C. §§ 1338(a) and (b), as this action

arises under the Lanham Act (15 U.S.C. §§ 1051 *et seq*.), United States Copyright Act (17 U.S.C. §§ 101 *et seq*.), and includes claims of unfair competition that are joined with substantially related claims under the patent, and trademark laws of the United States pursuant to 28 U.S.C. § 1338(b).

7. This Court has supplemental jurisdiction over the state law claim of this complaint pursuant to 28 U.S.C. § 1367(a).

8. Venue is proper within this District under 28 U.S.C. § 1391(b) and 28 U.S.C. §§ 1400(a) and (b), as a substantial part of the events giving rise to the claims in this complaint occurred in this judicial district, and Defendant resides within this judicial district, within the meaning of 28 U.S.C. § 1391(c).

9. Defendant regularly conducts business in this district and throughout the United States, and actively engaged in promoting, advertising, marketing, and/or offering products within this judicial district, including the accused product at issue in this lawsuit. Defendant has placed and continues to place infringing products into the stream of commerce, with the knowledge or understanding that such products are sold in the State of California, including in this District. The acts by Defendant cause injury to Plaintiff within this District. Upon information and belief, Defendant derives substantial revenue from the sale of infringing products within this District, expects its actions to have consequences within this District, and derives substantial revenue from interstate commerce. Defendant's contacts with this district are sufficient to confer personal jurisdiction over Defendant.

## BACKGROUND FACTS

### Lanard And Its Distinctive Chalk Bomb!® Product

10. Lanard is a leading manufacturer and seller of toys throughout the world, including sales on a private label basis to other toy retailers.

11. In 2015, Lanard's designers developed a unique and original chalk toy— a hand-sized bag filled with powdered chalk styled as a hand grenade. Children can toss it at targets or others to leave marks of colored, washable chalk.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

The products come in a variety of fabric colors with corresponding internal chalk colors and feature either a yellow or red cord "fuse."

12. Lanard called its toy the "Chalk Bomb" and has sold it packaged as single toys or in multi-packs of three and ten. And as detailed below, Lanard sought and received various forms of intellectual property protection for the "Chalk Bomb" product. A photograph of the toys in point-of-sale packaging are shown below.




Lanard Chalk Bomb!

13. Lanard published its work by November 7, 2015. It submitted two copyright applications for the packaging to the United States Copyright Office on December 29, 2015. The Copyright Office registered Lanard's copyrights effective as of the same date and assigned Registration Nos. VA 2-022-296 and 1-999-283. True and accurate copies of the applications and resulting registrations, are attached hereto as Exhibits A and B. Since that time, Lanard has remained the sole owner of these copyrights.

14. Lanard also applied for a federal trademark registration for the mark CHALK BOMB! For "toys comprised of chalk powder, namely, tossing toys and drawing toys" in International Class 028. The mark registered as U.S. Registration



Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

No. 5,046,808. A true and accurate copy of the registration certificate is attached hereto as Exhibit C.

15. Lanard also applied for and received several design patents, and is the owner by way of assignment, on its ornamental design of the "Chalk Bomb" product from the United States Patent and Trademark Office. On December 5, 2017, Lanard received a registration for Design Patent No. D804,596 for the Chalk Bomb (hereinafter "'596 Patent"). Exhibit D. On April 10, 2018, Lanard received a registration from the United States Design Patent No. D815,220 (hereinafter "'220 Patent"). Exhibit E. The '220 Patent claimed priority to, and is a divisional application of, the '596 Patent (hereinafter, unless referred to individually, "Asserted Patents").

16. By virtue of significant sales, quality and uniqueness of design, and the substantial time, effort, and money expended over the years by Lanard in creating, promoting, and popularizing this product, Lanard has developed a valuable reputation and goodwill in connection with its CHALK BOMB!® and the trade dress associated therewith. Lanard enjoys substantial demand for this product, and Lanard's trade dress embodied in the CHALK BOMB!® has become well known to consumers and the trade by widespread, continuous, and exclusive use thereof. The purchasing public and customers of Lanard associate the CHALK BOMB!® trade dress exclusively with Lanard. Such trade dress is protectable and has acquired secondary meaning.

17. As a result of the foregoing, the relevant public has come to recognize an association between the CHALK BOMB!® design and Lanard, and have come to understand chalk toys having the design elements used by Lanard are made exclusively by Lanard or otherwise are associated with Lanard.

**<u>Lanard And Its Original "Total X-Stream Air Over Under" Product</u>**

18. In 2005, Lanard created an original design toy gun. The toy is called the "Total X-Stream Air - Over Under." Lanard published its work by June 9,

2006. It submitted a copyright application for the original design to the United States Copyright Office. The Copyright Office registered Lanard's copyright effective as of November 8, 2012 and assigned Registration No. VA 1-842-993. A true and accurate copy of the application and resulting registration, are attached hereto as Exhibit F. Since that time, Lanard has remained the sole owner of these copyrights. A picture of the "Total X Stream Air Over Under product is provided below.




**<u>Five Below's Wrongful Conduct</u>**

19. Five Below is now and has been offering for sale in this district, and elsewhere in the United States, an unauthorized and infringing product, entitled the "Chalk Smash" (alternatively "Accused Chalk Product").

20. A picture of the "Chalk Smash" product offered by Five Below is reproduced below along with Lanard's CHALK BOMB!® product.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

| **CHALK BOMB®!** | **CHALK SMASH** |
|---|---|
|   |   |

21. Upon information and belief, the Accused Chalk Product comes in a variety of fabric colors with corresponding internal chalk colors is identical or substantially similar to Lanard's CHALK BOMB! Product.

22. Upon information and belief, the Accused Chalk Product, its packaging and trademark, "Chalk Smash," are remarkably or confusingly similar to Lanard's CHALK BOMB!®, and copy the original protectable expression in Lanard's design.

23. Upon information and belief, Five Below's "Chalk Smash" product infringes on Lanard's Asserted Patents in its protected design. The Accused Chalk Product and the Asserted Patents are provided below in a side-by-side comparison, and reveal that Defendant's "Chalk Smash" product is identical or substantially similar to the Asserted Patents.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

**ACCUSED CHALK PRODUCT**
**FIVE BELOW CHALK SMASH**





Exhibit G

**D804,596**

FIG. 1



**D815,220**

FIG. 1



24. Five Below is thus marketing, advertising, and selling identical or similar products embodying original protected expression, trademark confusingly similar to Lanard's CHALK BOMB!® and infringing the Asserted Patents of Lanard.

25. Because of Lanard's registered trademark, the relevant public has and continues to be deceived and/or confused into believing that Five Below's unauthorized "Chalk Smash" originated from Lanard, or is somehow authorized, sponsored by, or in some way associated with Lanard.

26. Five Below's unauthorized reproduction of Lanard's trademark and product has created a likelihood of confusion among the relevant public due to the relevant public's association between the look of Lanard's work and Lanard.

27. Five Below's unauthorized infringement has been willful, and Five Below intentionally interfered with Lanard's business relations by offering to sell the Accused Chalk Product, thereby wrongfully diverting sales from Lanard.

28. Five Below's unauthorized use and infringement, promotion, and sale of the Accused Chalk Product has caused Lanard irreparable financial harm.

29. Five Below is also, now and has been, offering for sale in this district, and elsewhere in the United States, an unauthorized and infringing product, entitled the "AIR FORCE Quick-Fire Air Blaster" (item number of FB11741) (alternatively "Accused Gun Product," and in combination, "Accused Chalk Product" and "Accused Gun Product," are the "Accused Products").

30. A picture of the AIR FORCE Quick-Fire Air Blaster product offered by Five Below is reproduced below in comparison with Lanard's Registration in its Total X-Stream Air - Over Under, Registration No. VA 1-842-993. Exhibit F.

/////

/////

/////

/////

/////

/////

/////

/////

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

| AIR FORCE QUICK-FIRE AIR BLASTER |
| --- |
|  |
| TOTAL X-STREAM AIR OVER UNDER |
|  |

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

31. Lanard has established copyrights in the design of its Total X-Stream Air - Over Under and its design constitutes copyrightable subject matter under the copyright laws of the United States. Lanard is the owner of U.S. Copyright Registration No. VA 1-842-993 directed to its Total X-Stream Air - Over Under design. Lanard is the owner of all right, title, and interest in and to the copyrights in this design.

32. Defendant's copying and use of AIR FORCE Quick-Fire Air Blaster is a violation of Lanard's exclusive rights to the original work of authorship in the design, including but not limited to the exclusive right to make reproductions and distribute copies to the public. The infringing copies include AIR FORCE Quick-Fire Air Blaster, item number of FB11741.

33. Upon information and belief, the acts of Five Below were committed willfully, knowingly, maliciously, and in conscious disregard of Lanard's rights.

34. The aforesaid infringement by Five Below has caused, and unless restrained by this Court will continue to cause, immediate and irreparable injury to Lanard's property and business. Lanard has no adequate remedy at law.

35. Upon information and belief, by the acts alleged above, Five Below has made substantial profits to which they are not entitled and have caused Lanard to lose sales and/or other opportunities for monetary relief.

**FIRST CLAIM FOR RELIEF**

**<u>False Designation of Origin Under 15 U.S.C. § 1125(a)</u>**

36. Plaintiff realleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 35 as if fully set forth herein.

37. United States Trademark Registration No. 5,046,808 for the mark "CHALK BOMB!" was duly and legally issued by the United States Patent and Trademark Office on September 20, 2016.

38. Five Below's use of the "Chalk Smash" mark in interstate commerce, without Lanard's consent, is a false designation of origin causing a likelihood of

confusion, mistake, and deception as to source, sponsorship, affiliation, and/or connection in the minds of the public. Five Below's conduct has infringed Lanard's trademark rights in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1).

39. By reason of the foregoing, Lanard has been injured in an amount not yet fully determined. Further, Five Below has been unjustly enriched by virtue of its deception of consumers and misappropriation of Lanard's goodwill.

40. As a result of Five Below's acts of infringement, Lanard suffered and will continue to suffer irreparable harm for which Lanard has no adequate remedy at law, including damage to Lanard's goodwill. Unless Five Below's acts of infringement are enjoined by this Court, Lanard will continue to suffer irreparable harm.

41. Defendant's actions are known, intentional, wanton, and willful. The principles of equity warrant an award to Lanard of treble damages and profits, attorney's fees, and the costs of this action pursuant to 15 U.S.C. § 1117.

**SECOND CLAIM FOR RELIEF**

**<u>Trademark Infringement (15 U.S.C. § 1114)</u>**

42. Plaintiff realleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 41 as if fully set forth herein.

43. United States Trademark Registration No. 5,046,808 for the mark "CHALK BOMB!" was duly and legally issued by the United States Patent and Trademark Office on September 20, 2016.

44. This claim is for trademark infringement under the laws of the United States, Section 32 of the Lanham Act, 15 U.S.C. § 1114(1)(a).

45. Five Below used the "Chalk Smash" mark to promote and sell Five Below's Accused Chalk Product in violation of Lanard's rights in its registered trademark.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

46. Five Below's use of the "Chalk Smash" mark is likely to cause confusion, mistake, and to deceive consumers.

47. Five Below's actions constitute a blatant attempt to confuse the consuming public and to trade off Lanard's goodwill.

48. Five Below acted knowingly and willfully, with full knowledge of the likelihood of confusion and with the intent to deceive consumers in order to trade off the efforts and earned goodwill and reputation of Lanard.

49. By reason of the foregoing acts of trademark infringement, Lanard has been injured in an amount not yet ascertained. Further, Five Below has been unjustly enriched by virtue of its deception of consumers and misappropriation of Lanard's goodwill.

50. In addition, as a result of Five Below's acts of infringement, Lanard suffered and will continue to suffer irreparable harm for which Lanard has no adequate remedy at law, including damage to Lanard's goodwill. Unless Five Below's acts of infringement are enjoined by this Court, Lanard will continue to suffer irreparable harm.

51. Five Below 's actions have known, intentional, wanton, and willful. The principles of equity warrant an award to Lanard of treble damages and profits, attorney's fees, and the costs of this action pursuant to 15 U.S.C. § 1117.

**THIRD CLAIM FOR RELIEF**

**(Infringement of D804,596 and D815,220)**

52. Plaintiff incorporates and realleges paragraphs 1 through 51 of this Complaint.

53. Upon information and belief, Defendant has infringed and continues to infringe U.S. Design Patents D804,596 and D815,220 by using, selling and/or offering to sell in the United States, and/or importing into the United States its "Chalk Smash" product, which embodies the design covered by U.S. Design Patents D804,596 and D815,220.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

54. Plaintiff realleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 46 as if fully set forth herein.

55. The aforementioned acts by Five Below in causing confusion among the relevant public and causing a false association or sponsorship between Five Below 's goods and Lanard, in California and elsewhere constitute unlawful, unfair, and fraudulent business practices prohibited by Business & Professions Code Section 17200 *et seq*.

56. The acts by Five Below were committed willfully, knowingly, maliciously, and in conscious disregard of Lanard's rights.

57. As a result of Five Below's unfair competition, Lanard has suffered damage to its goodwill and reputation and has lost sales of its products.

58. Five Below has made substantial profits based on its unauthorized sales of their infringing "Chalk Smash" product.

59. Upon information and belief, the aforesaid conduct by Five Below has caused, and unless restrained by this Court will continue to cause, immediate, great, and irreparable harm to Lanard's property and business. Lanard has no adequate remedy at law.

## FIFTH CLAIM FOR RELIEF

## Copyright Infringement Under 17 U.S.C. § 101 et seq.

60. Plaintiff realleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 59 as if fully set forth herein.

61. Lanard has established copyrights in the design of its Total X-Stream Air - Over Under, U.S. Copyright Registration No. VA 1-842-993 and its design constitutes copyrightable subject matter under the copyright laws of the United States. Lanard is the owner of U.S. Copyright Registration No. VA 1-842-993 directed to its Total X-Stream Air - Over Under design. Lanard is the owner of all right, title, and interest in and to the copyrights in this design.

62. Defendant's copying and use of Lanard's Total X-Stream Air – Over Under deisng is a violation of Lanard's exclusive rights to the original work of authorship in the design, including but not limited to the exclusive right to make reproductions and distribute copies to the public. The infringing copies include the "AIR FORCE Quick-Fire Air Blaster " product sold as item number of FB11741.

63. Upon information and belief, the acts of Five Below were committed willfully, knowingly, maliciously, and in conscious disregard of Lanard's rights.

64. The aforesaid infringement by Five Below has caused, and unless restrained by this Court will continue to cause, immediate and irreparable injury to Lanard's property and business. Lanard has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Lanard demands judgment as follows:

A. A declaration that Five Below willfully infringed Lanard's registered trademark and that defendant's use in commerce of the mark Chalk Smash causes damage to Plaintiff.

B. A declaration that Five Below willfully infringed each of the Asserted Patents and Lanard's copyrighted works;

C. A preliminary and permanent injunction enjoining Five Below, its officers, agents, servants, employees, attorneys, and those in active concert or participation with them who receive actual notice of the order by personal service or otherwise, from: further acts of infringement of the Asserted Patents and copyrights; utilizing or imitating Lanard's trademark, including but not limited to manufacturing, distributing, advertising, selling, or offering for sale, any products which use any trademark which is confusingly similar to the Lanard CHALK BOMB!®; injuring the commercial reputation, renown, and goodwill of Lanard; and unfairly competing with Lanard in any manner whatsoever and ordering Five Below to cancel all orders for the Accused Chalk Product embodying Lanard's design patents and trademark confusingly similar to Lanard's CHALK BOMB!®

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

and protected ornamental designs; and to cancel all orders for the Accused Gun Product, ordering Five Below to deliver up for destruction all Accused Products, labels, signs, prints, catalogs, sell sheets, purchase orders, invoices, packages, wrappers, receptacles, articles, advertisements, and/or promotional materials in their possession referring or relating to the Accused Products, or other products incorporating Lanard's protected copyrights, ornamental designs or trademark confusingly similar to Lanard's registered copyrights, trademark and all plates, models, matrices, tooling, computer programs, and other means of making the same, and ordering Five Below to recall any and all Accused Products and infringing goods, or other products incorporating Lanard's registered copyrights, protected designs and trademarks that are infringing, identical, substantially similar or confusingly similar to Lanard's registered copyrights, design patents, and trademarks;

D. An award to Lanard of its actual damages and for all profits realized by Five Below in connection with its infringing activities;

E. An award to Lanard of treble, exemplary, and/or punitive damages;

F. An award to Lanard of its reasonable attorney fees pursuant to 17 U.S.C. § 505 and/or 15 U.S.C. § 1117(a), filing fees, and the costs of this action;

G. A judgment declaring this case to be exceptional and awarding Plaintiff their reasonable attorneys fees pursuant to 35 U.S.C. § 285;

H. A judgment awarding Plaintiff all damages adequate to compensate for Defendant's infringement of the Asserted Patents, and particularly Defendant's total profits pursuant to 35 U.S.C. § 289.

I. A judgment awarding Plaintiff all damages, costs, and interest, including treble damages, based on any infringement found to be willful, pursuant to 35 U.S.C. § 284, together with prejudgment interest.

J. An accounting of Defendant's profits.

K. Prejudgment and post judgment interest on the above monetary awards; and

L. Such other and further relief as this Court deems equitable and just

**JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff hereby demands a trial by a jury on all issues so triable.

Dated: July 3, 2018

Respectfully Submitted,

GORDON & REES LLP

By: *S/Richard P. Sybert*
Richard P. Sybert
Reid E. Dammann
Attorneys for Plaintiff
LANARD TOYS LIMITED

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

# Exhibit A

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-022-296**
**Effective Date of Registration:**
December 29, 2015

## Title

**Title of Work:** Chalk Balls Packaging

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 07, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Lanard Toys Inc
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Lanard Toys Limited
Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon, Hong Kong
**Transfer statement:** By written agreement

## Certification

**Name:** Jacqueline Yip
**Date:** December 29, 2015
**Applicant's Tracking Number:** USCopyright/2015/79051

---

**Correspondence:** Yes

**Registration #:** VA0002022296
**Service Request #:** 1-2995072417

Lanard Toys Inc
Liz Harper
2011 Auto Center Drive, Suite 200
Oxnard, CA 93030 United States

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-022-296**
**Effective Date of Registration:**
December 29, 2015

## Title

**Title of Work:** Chalk Balls Packaging

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 07, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Lanard Toys Inc
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Lanard Toys Limited
Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon, Hong Kong
**Transfer statement:** By written agreement

## Certification

**Name:** Jacqueline Yip
**Date:** December 29, 2015
**Applicant's Tracking Number:** USCopyright/2015/79051

---

**Correspondence:** Yes

**Registration Number**

# *-APPLICATION-*

## Title

**Title of Work:** Chalk Balls Product & Packaging

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 07, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Lanard Toys Inc
  **Author Created:** 2-D artwork, sculpture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Lanard Toys Limited
Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon, Hong Kong
**Transfer statement:** By written agreement

## Certification

**Name:** Jacqueline Yip
**Date:** December 29, 2015
**Applicant's Tracking Number:** USCopyright/2015/79051

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-2995072417

## Mail Certificate

Lanard Toys Inc
Liz Harper
2011 Auto Center Drive, Suite 200
Oxnard, CA 93030 United States

**Priority:** Routine **Application Date:** December 29, 2015

## Correspondent

**Organization Name:** Lanard Toys Limited
**Name:** Jacqueline Yip
**Email:** legal@lanard.com.hk
**Address:** Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon
Hong Kong




**PRODUCT PACKAGING - PERSPECTIVE FROM FRONT (SET 1)**




**PRODUCT PACKAGING - PERSPECTIVE FROM BACK**



PRODUCT - PERSPECTIVE FROM FRONT



PRODUCT - PERSPECTIVE FROM BACK



PRODUCT - PERSPECTIVE FROM TOP VIEW



PRODUCT - PERSPECTIVE FROM BOTTOM VIEW

# EXHIBIT B

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VA 1-999-283**
**Effective Date of Registration:**
December 29, 2015

## Title

**Title of Work:** Chalk Balls Packaging

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 07, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Lanard Toys Inc
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Lanard Toys Limited
Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon, Hong Kong
**Transfer statement:** By written agreement

## Certification

**Name:** Jacqueline Yip
**Date:** December 29, 2015
**Applicant's Tracking Number:** USCopyright/2015/79047

**Registration #:** VA0001999283
**Service Request #:** 1-2995072382

Lanard Toys Inc
Liz Harper
2011 Auto Center Drive, Suite 200
Oxnard, CA 93030 United States

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Chalk Balls Packaging

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 07, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Lanard Toys Inc
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Lanard Toys Limited
Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon, Hong Kong
**Transfer statement:** By written agreement

## Certification

**Name:** Jacqueline Yip
**Date:** December 29, 2015
**Applicant's Tracking Number:** USCopyright/2015/79047

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-2995072382

## Mail Certificate

Lanard Toys Inc
Liz Harper
2011 Auto Center Drive, Suite 200
Oxnard, CA 93030 United States

**Priority:** Routine **Application Date:** December 29, 2015

## Correspondent

**Organization Name:** Lanard Toys Limited
**Name:** Jacqueline Yip
**Email:** legal@lanard.com.hk
**Address:** Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon Hong Kong




PERSPECTIVE FROM FRONT (SET 1)




**PERSPECTIVE FROM FRONT (SET 2)**




**PERSPECTIVE FROM BACK (Common back panel for all 2 sets)**

# Exhibit C

# United States of America

## United States Patent and Trademark Office

# Chalk Bomb!

**Reg. No. 5,046,808**

**Registered Sep. 20, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Lanard Toys Limited (HONG KONG LIMITED LIABILITY COMPANY)
28/F Elite Centre,22 Hung To Rd, Kowloon
Hong Kong HONG KONG

CLASS 28: Toys comprised of chalk powder, namely, tossing toys and drawing toys

FIRST USE 11-7-2015; IN COMMERCE 11-7-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CHALK"

SER. NO. 86-741,336, FILED 08-29-2015
MILDRED ELIZABE BLACK, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# EXHIBIT D

US00D804596S

(12) **United States Design Patent**
**Nichols**

(10) **Patent No.: US D804,596 S**
(45) **Date of Patent: ** Dec. 5, 2017**

(54) **TOY THROWING BALL**

(71) Applicant: **Lanard Toys Limited**, Kowloon (HK)

(72) Inventor: **Blake Christopher Nichols**, Tarzana, CA (US)

(73) Assignee: **Lanard Toys Limited**, Kowloon (HK)

(**) Term: **15 Years**

(21) Appl. No.: **29/554,437**

(22) Filed: **Feb. 11, 2016**

(51) **LOC (10) Cl.** ............................................ **21-01**

(52) **U.S. Cl.**
USPC ......................................... **D21/714**; D21/707

(58) **Field of Classification Search**
USPC ...... D21/300, 301, 385, 386, 392, 398, 405, D21/406, 439, 440, 465, 466, 483, 567, D21/570, 572, 623, 630, 658, 659, 662, D21/680, 684, 698, 707–714, 719, 753, D21/785, 787, 791, 798, 800, 811, 812; D9/702–707, 720, 600–681, 501, 517, D9/519, 435, 444; D3/18, 20, 22, 27, D3/201, 226, 229, 232–234, 238, 244, D3/257, 258, 269, 270, 271.1, 271.9, 299, D3/300, 303; D30/160; D99/34; D32/29.1, 36, 37, 40; D28/5, 6, 8, 63, D28/73, 75, 76, 77; D27/172, 185; D26/6, 7; D23/366–368; D8/1, 499, D8/322, 374, 375, 400, 402; D22/112, D22/115, 119, 120, 122; D24/207, 208, D24/199; D7/624.2, 624.3, 901; D11/121, 125, 130, 130.1, 131.1, 143, D11/144, 148, 149, 153, 157, 164; D1/102, 105; D6/610; 446/4, 5, 73–76, 446/267, 398, 400, 401, 473, 486, 487, 446/488, 490; 383/30, 42, 60, 60.1, 61.4, 383/71–77, 90, 120, 901, 902, 907; 150/150, 154, 155, 158, 160, 900, 901; 229/87.02, 87.03, 87.08, 87.14, 87.2, 89, 229/91, 904.1; 428/11, 12; 119/707–711; 473/569–571, 575–577, 473/578, 579, 582, 583, 587, 593–615

CPC ....... A63B 67/002; A63B 67/08; A63B 67/18; A63B 65/00; A63B 65/06; A63B 2069/0044; A63B 69/004; A63B 69/0079; A63B 69/20; A63B 69/201; A63B 69/203;

(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

179,236 A 6/1876 Walsh
656,398 A * 8/1900 Fairfax ................ B65D 33/165 383/71

(Continued)

FOREIGN PATENT DOCUMENTS

GB 2468482 A 9/2010

*Primary Examiner* — Catherine A Tuttle
(74) *Attorney, Agent, or Firm* — Gordon Rees Scully Mansukhani, LLP

(57) **CLAIM**

The ornamental design for a toy throwing ball, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a toy throwing ball showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines represent the portions of the toy throwing ball that form no part of the claimed design.
The stippling in the drawings represents shading and not a surface pattern.

**1 Claim, 2 Drawing Sheets**



(58) **Field of Classification Search**
CPC ....... A63B 69/205; A63B 69/24; A63B 69/34; A63B 69/3688; A63B 43/00; A63B 43/002; A63B 43/007; A63B 2043/001; A63F 9/02; A63F 9/0247; A63F 9/0278; A63F 9/0282; A63H 33/18; A63H 33/30; A63H 37/00; A63H 5/04; A01G 13/0237; B65D 63/10; B65D 33/06; B65D 33/16; B65D 33/1616; B65D 33/1633; B65D 33/1658; B65D 33/18; B65D 33/20; B65D 33/165; B65D 85/34; B65D 85/345; B65D 85/52; B65D 85/60
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 663,634 | A | * | 12/1900 | Mitzel | F16K 15/202 264/154 |
| 1,087,955 | A | * | 2/1914 | Knothe | B65D 85/18 206/278 |
| 1,096,537 | A | * | 5/1914 | Humphreys | B65D 33/20 2/251 |
| 1,164,450 | A | * | 12/1915 | Bates | B65D 63/12 24/27 |
| 1,535,732 | A | * | 4/1925 | Malm | B65D 33/165 383/71 |
| 1,811,414 | A | * | 6/1931 | Gammeter | A63B 39/025 206/315.9 |
| 1,898,817 | A | * | 2/1933 | Dole | A63H 5/00 473/571 |
| 1,964,887 | A | * | 7/1934 | Lovett, Jr. | B65D 85/52 206/423 |
| 1,991,827 | A | * | 2/1935 | Todd | D06F 95/006 24/30.5 R |
| 2,460,963 | A | * | 2/1949 | Young | B65D 77/10 24/30.5 R |
| 2,818,900 | A | * | 1/1958 | Forman | D06F 95/006 383/102 |
| 3,304,650 | A | * | 2/1967 | Glass | A63H 5/04 446/405 |
| 3,353,662 | A | * | 11/1967 | Pickin | B65D 33/30 206/390 |
| 3,874,034 | A | * | 4/1975 | Clayton | B65D 63/1027 24/30.5 P |
| D296,870 | S | | 7/1988 | Myers | |
| D301,595 | S | | 6/1989 | Murray | |
| 4,932,329 | A | * | 6/1990 | Logie | F24B 12/50 102/482 |
| D315,368 | S | * | 3/1991 | Wakui | D21/710 |
| 5,222,802 | A | | 6/1993 | Beck | |
| 5,535,543 | A | | 7/1996 | Alexander | |
| 5,630,763 | A | * | 5/1997 | Li-Tsan | 40/327 |
| 5,890,343 | A | * | 4/1999 | Weder | A01G 5/04 53/399 |
| 6,196,543 | B1 | | 3/2001 | Cornett | |
| D441,278 | S | | 5/2001 | Remar | |
| D448,927 | S | | 10/2001 | Vazquez | |
| D473,374 | S | | 4/2003 | Vazquez | |
| D482,197 | S | | 11/2003 | Vazquez | |
| D515,937 | S | | 2/2006 | Bowling | |
| 7,234,703 | B1 | * | 6/2007 | Kusz | A63B 67/007 273/440 |
| D547,059 | S | | 7/2007 | Keller | |
| D580,205 | S | | 11/2008 | Callahan | |
| D600,864 | S | * | 9/2009 | Lapin | D30/160 |
| D620,253 | S | | 7/2010 | Baker | |
| D656,281 | S | | 3/2012 | Morton | |
| D678,815 | S | * | 3/2013 | Hernandez | D11/121 |
| 8,697,164 | B2 | | 4/2014 | Foley et al. | |
| D712,485 | S | * | 9/2014 | Fernandez | D21/385 |
| 2007/0031071 | A1 | * | 2/2007 | Perrette | A45C 3/001 383/42 |
| 2009/0223405 | A1 | * | 9/2009 | Tippmann | A63H 33/18 102/513 |

* cited by examiner

FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



# EXHIBIT E

US00D815220S

(12) **United States Design Patent**
**Nichols**

(10) **Patent No.:** **US D815,220 S**
(45) **Date of Patent:** ** **Apr. 10, 2018**

(54) **TOY THROWING BALL**

(71) Applicant: **Lanard Toys Limited**, Kowloon (HK)

(72) Inventor: **Blake Christopher Nichols**, Tarzana, CA (US)

(73) Assignee: **Lanard Toys Limited**, Kowloon (HK)

(**) Term: **15 Years**

(21) Appl. No.: **29/621,960**

(22) Filed: **Oct. 12, 2017**

**Related U.S. Application Data**

(62) Division of application No. 29/554,437, filed on Feb. 11, 2016, now Pat. No. Des. 804,596.

(51) **LOC (11) Cl.** ............................................. **21-02**

(52) **U.S. Cl.**
USPC ........................................ **D21/714**; D21/707

(58) **Field of Classification Search**
USPC ...... D21/300, 301, 385, 386, 392, 398, 405, D21/406, 439, 440, 465, 466, 483, 567, D21/570, 572, 623, 630, 658, 659, 662, D21/680, 684, 698, 707–714, 719, 753, D21/785, 787, 791, 798, 800, 811, 812; D9/702–707, 720, 600–681, 501, 517, D9/519, 435, 444; D3/18, 20, 22, 27, D3/201, 226, 229, 232–234, 238, 244, D3/257, 258, 269, 270, 271.1, 271.9, 299, D3/300, 303; D30/160; D99/34; D32/29.1, 36, 37, 40; D28/5, 6, 8, 63, D28/73, 75, 76, 77; D27/172, 185; D26/6, 7; D23/366–368; D8/1, 499, D8/322, 374, 375, 400, 402; D22/112, D22/115, 119, 120, 122; D24/207, 208, D24/199; D7/624.2, 624.3, 901; D11/121, 125, 130, 130.1, 131.1, 143, D11/144, 148, 149, 153, 157, 164; D1/102, 105; D6/610; 446/4, 5, 73–76, 446/267, 398, 400, 401, 473, 486, 487, 446/488, 490; 383/30, 42, 60, 61.1, 61.4, 383/71–77, 90, 120, 901, 902, 907; 150/150, 154, 155, 158, 160, 900, 901; 229/87.02, 87.03, 87.08, 87.14, 87.2, 89,
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

179,236 A 6/1876 Walsh
656,398 A * 8/1900 Fairfax ................ B65D 33/165 383/71

(Continued)

FOREIGN PATENT DOCUMENTS

GB 2468482 A 9/2010

*Primary Examiner* — Catherine A Tuttle
(74) *Attorney, Agent, or Firm* — Gordon Rees Scully; Masukhani, LLP

(57) **CLAIM**

The ornamental design for a toy throwing ball, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a toy throwing ball showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines represent the portions of the toy throwing ball that form no part of the claimed design. The stippling in the drawings represents shading and not a surface pattern.

**1 Claim, 2 Drawing Sheets**



(58) **Field of Classification Search**

USPC ............................ 229/91, 904.1; 428/11, 12; 119/707–711; 473/569–571, 575–577, 473/578, 579, 582, 583, 587, 593–615

CPC ....... A63B 67/002; A63B 67/08; A63B 67/18; A63B 65/00; A63B 65/06; A63B 2069/0044; A63B 69/004; A63B 69/0079; A63B 69/20; A63B 69/201; A63B 69/203; A63B 69/205; A63B 609/24; A63B 69/34; A63B 69/3688; A63B 43/00; A63B 43/002; A63B 43/007; A63B 2043/001; A63F 9/02; A63F 9/0247; A63F 9/0278; A63F 9/0282; A63H 33/18; A63H 33/30; A63H 37/00; A63H 5/04; A01G 13/0237; B65D 63/10; B65D 33/06; B65D 33/16; B65D 33/1616; B65D 33/1633; B65D 33/1658; B65D 33/18; B65D 33/20; B65D 33/165; B65D 85/34; B65D 85/345; B65D 85/52; B65D 85/60

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS


663,634 A * 12/1900 Mitzel ................... F16K 15/202 264/154
1,087,955 A * 2/1914 Knothe .................. B65D 85/18 206/278
1,096,537 A * 5/1914 Humphreys ........... B65D 33/20 2/251
1,164,450 A * 12/1915 Bates ..................... B65D 63/12 24/27
1,535,732 A * 4/1925 Malm .................. B65D 33/165 383/71
1,811,414 A * 6/1931 Gammeter ........... A63B 39/025 206/315.9
1,898,817 A * 2/1933 Dole ........................ A63H 5/00 473/571
1,964,887 A * 7/1934 Lovett, Jr. .............. B65D 85/52 206/423
1,991,827 A * 2/1935 Todd ..................... D06F 95/006 24/30.5 R
2,460,963 A * 2/1949 Young .................... B65D 77/10 24/30.5 R
2,818,900 A * 1/1958 Forman ................. D06F 95/006 383/102
3,304,650 A * 2/1967 Glass ....................... A63H 5/04 446/405
3,353,662 A * 11/1967 Pickin .................... B65D 33/30 206/390
3,874,034 A * 4/1975 Clayton ............. B65D 63/1027 24/30.5 P
D296,870 S 7/1988 Myers
D301,595 S 6/1989 Murray
4,932,329 A * 6/1990 Logie ...................... F42B 12/50 102/482
D315,368 S * 3/1991 Wakui ......................... D21/710
5,222,802 A 6/1993 Beck
5,535,543 A 7/1996 Alexander
5,630,763 A * 5/1997 Li-Tsan ............. A63B 69/3655 40/327
5,890,343 A * 4/1999 Weder ...................... A01G 5/04 53/399
6,196,543 B1 3/2001 Cornett
D441,278 S 5/2001 Remar
D448,927 S 10/2001 Vazquez
D473,374 S 4/2003 Vazquez
D482,197 S 11/2003 Vazquez
D515,937 S 2/2006 Bowling
7,234,703 B1 * 6/2007 Kusz .................... A63B 67/007 273/440
D547,059 S 7/2007 Keller
D580,205 S 11/2008 Callahan
D600,864 S * 9/2009 Lapin .......................... D30/160
D620,253 S 7/2010 Baker
D656,281 S 3/2012 Morton
D678,815 S * 3/2013 Hernandez ................... D11/121
8,697,164 B2 4/2014 Foley et al.
D712,485 S * 9/2014 Fernandez ................... D21/385
2007/0031071 A1 * 2/2007 Perrette .................. A45C 3/001 383/42
2009/0223405 A1 * 9/2009 Tippmann .............. A63H 33/18 102/513


* cited by examiner

FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



# EXHIBIT F

# Certificate of Registration

THE·UNITED·STATES·COPYRIGHT·OFFICE·SEAL·OF·1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
VA 1-842-993

**Effective date of registration:**
November 8, 2012

## Title

**Title of Work:** Toy Gun - Over Under

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** June 9, 2006 **Nation of 1st Publication:** United States

## Author

- **Author:** Lanard Toys Inc

**Author Created:** sculpture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Lanard Toys Limited

6/F, Energy Plaza, 92 Granville Road, Tsimshatsui, Kowloon, Hong Kong

**Transfer Statement:** By written agreement

## Certification

**Name:** Jacqueline Yip

**Date:** November 8, 2012

**Applicant's Tracking Number:** USCopyright/2012/91172

**Registration #:** VA0001842993
**Service Request #:** 1-848337877

Lanard Toys Inc
Elizabeth Leung
2011 Auto Center Drive, Suite 200
Oxnard, CA 93030 United States

*-APPLICATION-*

## Title

**Title of Work:** Toy Gun - Over Under

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** June 9, 2006 **Nation of 1st Publication:** United States

## Author

- **Author:** Lanard Toys Inc

**Author Created:** sculpture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Lanard Toys Limited

6/F, Energy Plaza, 92 Granville Road, Tsimshatsui, Kowloon, Hong Kong

**Transfer Statement:** By written agreement

## Certification

**Name:** Jacqueline Yip

**Date:** November 8, 2012

**Applicant's Tracking Number:** USCopyright/2012/91172

**Registration #:**

**Service Request #:** 1-848337877

**Priority:** Routine **Application Date:** November 8, 2012 09:55:08 PM

## Correspondent

**Organization Name:** Lanard Toys Limited

**Name:** Jacqueline Yip

**Email:** legal@lanard.com.hk

**Address:** 6/F, Energy Plaza, 92 Granville Road,
Tsimshatsui, Kowloon
Hong Kong,

## Mail Certificate

Lanard Toys Inc
Elizabeth Leung
2011 Auto Center Drive, Suite 200
Oxnard, CA 93030 United States

Copyright Home

# Files Submitted

The following file(s) were successfully uploaded for service request [1-848337877]:

- 91172.pdf

**You will receive an email acknowledgment when the files have been received by the Copyright Office.**

Upload More Files

**To submit additional files with this application, click the "Upload More Files" button.**

Close Window

**When you are finished uploading files, close this window and click the "Upload Complete" button on the Deposit Submission screen or Case Summary Screen to complete your submission.**



PERSPECTIVE FROM LEFT



PERSPECTIVE FROM RIGHT



PERSPECTIVE FROM FRONT



PERSPECTIVE FROM BACK



**PERSPECTIVE FROM TOP**



**PERSPECTIVE FROM BOTTOM**

# EXHIBIT G

SHOP $5 BEACH TOWELS!!




# chalk smash powder balls 4-pack

SKU 2930873

**$3**
**each**

**case of 12**
**$36**
**($3.00 ea. pc.)**

0

0

find

tore

product deets

shipping & handling

FREE returns in-store*

- whoa, how cool are these chalk smash powder balls?! smash & throw the chalk-filled bombs and make rad art!
- includes: 4 chalk filled powder balls; assorted colors
- washable & nontoxic
- size: 1.76 oz
- ages: 3+ (choking hazard)
- material: 80% chalk, 10% cloth & 10% plastic
- country of origin: china

**company**

about us

investor relations

philanthropy

fundraisers

press

careers

about ads

**help**

faqs

contact us

shipping

returns

site map

tell us ur thoughts!

**gift cards**

buy an egift card

reload a gift card

get emails from

email address

sign me up

McAfee SECURE

650 and counting! see our new stores!

© 2016 Five Below. All Rights F

find

tore