NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Reid E. Dammann (rdammann@grsm.com)
Gordon Rees Scully Mansukhani LLP
633 West Fifth Street, 52nd Floor
Los Angeles, California 90071
Telephone: (213)576-5000

ATTORNEY(S) FOR: Plaintiff LANARD TOYS LIMITED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LANARD TOYS LIMITED | CASE NUMBER: |
| --- | --- |
| Plaintiff(s), | 2:18-cv-05845-CAS (MAAx) |
| v. | |
| FIVE BELOW, INC. | **AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   LANARD TOYS LIMITED
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| FIVE BELOW, INC. | DEFENDANT |
| RMS International (USA) Inc. | DEFENDANT |
| LANARD TOYS LIMITED | PLAINTIFF |

August 15, 2018                    /s/ Reid E. Dammann
Date                                      Signature
                                              Reid E. Dammann

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF LANARD TOYS LIMITED

