1   Stacey H. Wang (SBN 245195)
2   Vito A. Costanzo (SBN 132754)
    HOLLAND & KNIGHT LLP
3   400 South Hope Street, 8th Floor
    Los Angeles, CA 90071
4   Telephone: (213) 896-2400
    Facsimile: (213) 896-2450
5   stacey.wang@hklaw.com
    vito.costanzo@hklaw.com
6

7   *Attorneys for Defendant, RMS International (USA) Inc.*

8

9                   **UNITED STATES DISTRICT COURT**

10                  **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| LANARD TOYS LIMITED, | ) CASE NO. 2:18-CV-05845 CAS (MAAx) |
| Plaintiff, | ) |
| | ) **DEFENDANT RMS INTERNATIONAL** |
| vs. | ) **(USA) INC.'S CERTIFICATE OF** |
| | ) **INTERESTED PARTIES** |
| FIVE BELOW, INC. and RMS | ) **(L.R. 7.1-1)** |
| INTERNATIONAL (USA) INC., | ) |
| Defendants. | ) |
| | ) |

20

21      //

22      //

23      //

24      //

25      //

26      //

27      //

28
                                    1
DEFENDANT RMS INTERNATIONAL (USA) INC.'S LOCAL RULE 7.1-1
CERTIFICATE OF INTERESTED PARTIES

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

1

## <u>CERTIFICATE OF INTERESTED PARTIES</u>

The undersigned, counsel for Defendant RMS International (USA) Inc. ("RMS"), certifies that the following listed parties may have a pecuniary interest in the outcome of this litigation.  These representations are made in order to enable the Court to evaluate possible disqualification or recusal.

1. RMS International (USA) Inc.
2. RMS International UK Ltd. (parent company of Defendant RMS International (USA) Inc.)

Dated:   September 18, 2018          Respectfully submitted,

HOLLAND & KNIGHT LLP


By:   */s/ Stacey H. Wang*
        Stacey H. Wang

*Attorneys for Defendant RMS International (USA) Inc.*

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

2