Richard P. Sybert, Bar No. 80731
rsybert@grsm.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Tel (619) 230-7768 / Fax (619) 696-7124

Reid E. Dammann, Bar No. 249031
rdammann@grsm.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Tel (213) 576-5000 / Fax 213-680-4470

Attorneys for Plaintiff
LANARD TOYS LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lanard Toys Limited,<br><br>Plaintiff,<br><br>vs.<br><br>Five Below, Inc., and RMS International (USA) Inc.,<br><br>Defendants. | CASE NO. 2:18-cv-05845 CAS (MAAx)<br><br>**LANARD TOYS LIMITED'S ANSWER TO RMS INTERNATIONAL (USA) INC.'S COUNTERCLAIMS** |
| Five Below, Inc., and RMS International (USA), Inc.,<br><br>Counterclaimants,<br><br>vs.<br><br>Lanard Toys Limited,<br><br>Counterdefendant. | |

/ / /

/ / /

/ / /



Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

Plaintiff and Counterdefendant Lanard Toys Limited ("Lanard"), through its attorneys of record, hereby answers Defendant and Counterclaimant RMS International (USA) Inc.'s ("RMS") Counterclaims as follows:

**COUNTERCLAIMS OF RMS INTERNATIONAL (USA) INC.**

**PARTIES**

86. Lanard lacks the knowledge or information necessary to form a belief as to the truth of the allegations in Paragraph 2 and therefore denies the same.

87. Admit.

**JURISDICTION AND VENUE**

88. Admit.

89. Admit.

90. Admit.

91. Admit.

**BACKGROUND**

**The Dissimilar Marks and Packaging at Issue**

92. Admit.

93. Lanard admits that RMS has manufactured and sold a toy under the CHALK SMASH mark to Lanard, but denies the remaining allegations of Paragraph 93.

94. Lanard admits that photos of CHALK BOMB! And CHALK SMASH products appear in Paragraph 94.

95. Deny.

96. Deny.

97. Deny.

98. Deny.

99. Lanard admits that no claim is made to the exclusive right to use "CHALK" in U.S. Reg. No. 5,046,808, but denies the remaining allegations of Paragraph 99.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

100. Deny.

**The Relevant Design Patents & Invalidating Prior Art**

101. Lanard admits that figures from the '596 Patent and '220 Patent appear in Paragraph 101.

102. Admit.

103. Deny.

104. Deny.

105. Deny.

106. Deny.

107. Deny.

108. Deny.

109. Deny.

110. Deny.

111. Deny.

**COUNTERCLAIM ONE**

**(Declaratory Judgment – Non-Infringement of the Registered Trademark)**

112. Lanard incorporates by reference its responses to Paragraphs 86 to 111 as if fully stated herein.

113. Admit.

114. Admit.

115. Deny.

116. Deny.

**COUNTERCLAIM TWO**

**(Declaratory Judgment – Invalidity and Unenforceability of the Registered Trademark)**

117. Lanard incorporates by reference its responses to Paragraphs 86 to 116 as if fully stated herein.

118. Deny.

119. Deny.

120. Deny.

121. Deny.

**COUNTERCLAIM THREE**

**(Declaratory Judgment – Non-Infringement of Any Allegedly Infringed Trade Dress)**

122. Lanard incorporates by reference its responses to Paragraphs 86 to 121 as if fully stated herein.

123. Admit.

124. Deny.

125. Deny.

**COUNTERCLAIM FOUR**

**(Declaratory Judgment – Invalidity and Unenforceability of Any Allegedly Infringed Trade Dress)**

126. Lanard incorporates by reference its responses to Paragraphs 86 to 125 as if fully stated herein.

127. Deny.

128. Deny.

129. Deny.

130. Deny.

**COUNTERCLAIM FIVE**

**(Declaratory Judgment – Non-Infringement of the '596 and '220 Patents)**

131. Lanard incorporates by reference its responses to Paragraphs 86 to 130 as if fully stated herein.

132. Admit.

133. Deny.

134. Deny.

135. Deny.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

## COUNTERCLAIM SIX

**(Declaratory Judgment – Invalidity and Unenforceability of the '596 and '220 Patents)**

136. Lanard incorporates by reference its responses to Paragraphs 86 to 135 as if fully stated herein.

137. Deny.

138. Deny.

## PRAYER FOR RELIEF

Lanard incorporates by references its responses to Paragraphs 86 to 138 of RMS's Counterclaims and explicitly denies that RMS is entitled to any of the relief requested in Paragraphs (A) to (W) of RMS's Prayer for Relief.

## ANSWER TO DEMAND FOR JURY TRIAL

Lanard admits that RMS has requested a trial by jury.

## AFFIRMATIVE DEFENSES

Pursuant to Federal Rule of Civil Procedure 8(c), Lanard asserts the following affirmative defenses to the causes of action asserted by RMS in its Counterclaims, undertaking to prove only those defenses on which it bears the burden of proof under applicable law:

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

1. Lanard asserts that RMS's counterclaims fail to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

(Standing)

2. Lanard asserts that RMS lacks standing to pursue the asserted counterclaims.

/ / /

/ / /

**THIRD AFFIRMATIVE DEFENSE**

(Statute of Limitations)

3. Lanard asserts that RMS's counterclaims are barred by the statute of limitations.

**FOURTH AFFIRMATIVE DEFENSE**

(Laches)

4. Lanard asserts that RMS has waited an unreasonably long time to file this lawsuit, and that Lanard's ability to defend this lawsuit has been prejudiced by that unreasonably delay.

**FIFTH AFFIRMATIVE DEFENSE**

(Acquiescence)

5. Lanard asserts that RMS's counterclaims are barred by doctrine of acquiescence.

**SIXTH AFFIRMATIVE DEFENSE**

(Waiver)

6. Lanard asserts that RMS has, through representations or actions, waived its right to sue and therefore cannot sustain these counterclaims.

**SEVENTH AFFIRMATIVE DEFENSE**

(Estoppel)

7. Lanard asserts that RMS's counterclaims are barred or otherwise unenforceable, in whole or in part, under the doctrine of estoppel.

**EIGHTH AFFIRMATIVE DEFENSE**

(Unclean Hands)

8. Lanard asserts that RMS has committed a wrongdoing and this lawsuit is an attempt to benefit from that wrongdoing.

/ / /

/ / /

/ / /

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

**NINTH AFFIRMATIVE DEFENSE**

(No Damages)

9. Lanard asserts that, even if RMS's allegations are true—which Lanard contests—RMS did not suffer any damages or economic loss.

**TENTH AFFIRMATIVE DEFENSE**

(Additional Defenses)

10. Lanard expressly reserves the right to amend its Answer to Counterclaims to assert additional Affirmative Defenses as may be revealed during discovery of this action.

**PRAYER FOR RELIEF**

WHEREFORE, Lanard prays for judgment against RMS as follows:

(i) that RMS take nothing by its Counterclaims;

(ii) that RMS's Counterclaims be dismissed with prejudice;

(iii) that Lanard be awarded its costs and attorney's fees; and

(iv) any further relief the Court deems just and proper.

Dated: October 24, 2018

Respectfully Submitted,

GORDON & REES LLP

By: /s/Reid E. Dammann
Richard P. Sybert
Reid E. Dammann
Attorneys for Plaintiff
LANARD TOYS LIMITED