Jeffrey M. Goldman (SBN 233840)
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, CA 92614-5955
Tel.: 949.567.3747
Fax: 949.728.3537
goldmanj@pepperlaw.com

Vincent V. Carissimi
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: 215.981.4351
Fax: 215.689.4625
carrisimv@pepperlaw.com

*Attorneys for Defendant and Counterclaim-Plaintiff,*
*Five Below, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD TOYS LIMITED, <br><br> PLAINTIFF, <br><br> vs. <br><br> FIVE BELOW, INC. *et al.*, <br><br> DEFENDANTS. <br> Including related counter-actions. | Case No. 2:18-cv-05845-CAS-MAA <br><br> **NOTICE OF SETTLEMENT** <br><br> Settlement Conference Date and Time: March 27, 2019 at 10:00 a.m. |

#52743493 v2

1

NOTICE OF SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 16-15.7 and the Order of Magistrate Judge Audero [Docket No. 52], **PLEASE TAKE NOTICE** that the parties in the above-captioned actions have reached an agreement to settle all claims by and among all parties. The parties are in the process of finalizing a written settlement agreement. Once that agreement is finalized and all actions contemplated thereby are completed, the parties will file a stipulation of dismissal with prejudice.

Dated: April 1, 2019

**PEPPER HAMILTON LLP**

s/ Jeffrey M. Goldman
JEFFREY M. GOLDMAN

*Attorneys for Defendant
Five Below, Inc.*

#52743493 v2

2

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019, I electronically filed the foregoing document: **NOTICE OF SETTLEMENT** with the United States District Court, Central District of California, by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| GORDON REES SULLY MANSUKHANI LLP<br>Reid E. Dammann/rdammann@grsm.com<br>Richard P. Sybert/rsybert@grsm.com | *Attorneys for Lanard Toys Ltd.* |
| HOLLAND AND KNIGHT LLP<br>Courtney L. Batliner<br>Courtney.batliner@hklaw.com<br>Vito Anthony Costanzo<br>Vito.costanzo@khlaw.com<br>Joshua C. Krumholz<br>Joshua.krumholz@khlaw.com<br>Stacey Hsiang Chung Wang<br>Stacey.want@hklaw.com | *Attorneys for RMS International (USA) Inc.* |

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on April 1, 2019, at Irvine, California

                                          /s/ Janine Philips
                                     Name: Janine Philips