Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANARD TOYS LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>FIVE BELOW, INC. and RMS<br>INTERNATIONAL (USA) INC.,<br><br>Defendants. | CASE NO. 2:18-CV-05845 CAS (MAAx) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Parties hereby stipulate to dismissal of this action with prejudice, with each Party to bear its own costs and attorneys' fees.  Each Party waives any right to appeal.

Dated: April 12, 2019

GORDON & REES LLP

*/s/ Richard P. Sybert*

Richard P. Sybert (SBN 80731)
101 W. Broadway, Suite 2000
San Diego, CA 92101
Tel: (619) 230-7768
Fax: (619) 696-7124
rsybert@gordonrees.com

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

Reid E. Dammann (SBN 249031)
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Tel: (213) 576-5000
Fax: (213) 680-4470
rdammann@gordonrees.com

***Attorneys for Plaintiff and Counter-Defendant Lanard Toys Limited***

Dated: April 12, 2019                    HOLLAND & KNIGHT LLP

*/s/ Joshua C. Krumholz*

Joshua C. Krumholz (*Pro Hac Vice*)
Courtney L. Batliner (*Pro Hac Vice*)
10 Saint James Avenue, 11th Floor
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
joshua.krumholz@hklaw.com
courtney.batliner@hklaw.com

Vito A. Costanzo (SBN 132854)
Stacey H. Wang (SBN 245195)
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Tel: (213) 896-2400
Fax: (213) 896-2450
vito.costanzo@hklaw.com
stacey.wang@hklaw.com

***Attorneys for Defendant and Counter-Plaintiff RMS International (USA), Inc.***

2

STIPULATION OF DISMISSAL WITH PREJUDICE

Dated: April 12, 2019

PEPPER HAMILTON LLP

*/s/ Vincent V. Carissimi*

Vincent V. Carissimi (*Pro Hac Vice*)
3000 Two Logan Square
Philadelphia, PA 19103-2799
Tel: (215) 981-4351
Fax: (215) 689-4625
carrissiv@pepperlaw.com

Jeffrey M. Goldman (SBN 233840)
4 Park Plaza, Suite 1200
Irvine, CA 92614-5955
Telephone: (949) 567-3547
Facsimile: (866) 728-3537
goldmanj@pepperlaw.com

**Attorneys for Defendant and Counter-Plaintiff Five Below, Inc.**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 12, 2019

HOLLAND & KNIGHT LLP

*/s/ Vito A. Costanzo*

Vito A. Costanzo (SBN 132854)
Stacey H. Wang (SBN 245195)
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Tel: (213) 896-2400
Fax: (213) 896-2450
vito.costanzo@hklaw.com
stacey.wang@hklaw.com

**Attorneys for Defendant and Counter-Plaintiff RMS International (USA), Inc.**

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450